UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Leo S. Papas)

| UNITED STATES OF AMERICA, | CASE NO. 06cr1578 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO EXONERATE BOND FOR MATERIAL WITNESS AND DISBURSE FUNDS |
| GABRIEL ROMERO, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Sujey Heranndez-Hernandez by the surety, Benito Aguilar, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Sujey Hernandez-Hernandez is to be released to the surety, Benito Aguilar at 716 W. Montezuma Court, Ontario, CA 91762.

**IT IS SO ORDERED:**

DATE: 12/4/06

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT