UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Leo S. Papas)

FILED
06 DEC -5 AM 9: 39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>GABRIEL ROMERO,<br><br>                Defendant. | CASE NO. 06cr1578<br><br>ORDER TO EXONERATE BOND FOR MATERIAL WITNESS AND DISBURSE FUNDS |

      **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Georgina Sandoval-Hernandez by the surety, Benito Aguilar, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Georgina Sandoval-Hernandez is to be released to the surety, Benito Aguilar at 716 W. Montezuma Court, Ontario, CA 91762.

**IT IS SO ORDERED:**

DATE: 12/4/06

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT